**IT IS ORDERED as set forth below:**

**Date: July 14, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| In re: EDWARD CURTIS HANEY, | CASE NUMBER: 18-40878-BEM |
| KATRINA DIANE HANEY, | |
| | |
| Debtors. | CHAPTER 13 |

### ORDER AND NOTICE OF HEARING FOR DEBTORS TO SHOW CAUSE
### WHY CASE SHOULD NOT BE CLOSED WITHOUT ENTRY OF DISCHARGE

The docket reflects that the Chapter 13 Trustee filed a notice of plan completion and final report and accounting (Docket Nos. 45 & 46).  Because the Debtors have failed to file certificates showing completion of an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1), the Court is unable to enter a discharge.  Accordingly, it is

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Debtors shall appear and show cause why this bankruptcy case should not be closed without entry of a discharge on **August 9, 2023** at **10:00 am**, in Courtroom 342, United States Courthouse, 600 East First Street, Rome, Georgia 30161, which may be attended in person or via the Court's Virtual Hearing Room.

You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise.

If the Debtors file all necessary documents prior to the hearing date, the matter shall be removed from the calendar.  If all necessary documents are not filed at the time set for hearing, absent further order of the Court, the Clerk is authorized to close this case without the entry of a discharge.

The Clerk is directed to serve copies of this Order and Notice upon the Debtors, counsel for the Debtors, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**